MACK HANAN, Doing Business as HANAN & SON, Respondent, v. CORNING GLASS WORKS, Appellant.—

698

Concur — Capozzoli, J. P., McGivern, Nunez, McNally and Tilzer, JJ.